## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## DIVISON

| IN THE MATTER OF:<br><br>Theodore Johnson,<br><br>Debtor. | CASE NO. 19-00034<br><br>MOTION TO MODIFY PLAN POST-CONFIRMATION |
|---|---|

COMES NOW the above-named Debtor and for his Motion to Modify Plan Post-Confirmation states as follows:

1. The confirmed plan currently on file calls for the Debtor to make payments as follows:
    a. $461 per month for the remainder of the plan.
2. The confirmed plan currently on file calls for the Debtor to turn over to the Trustee for administration any realized tax refunds during the term of the chapter 13 plan.
3. The Debtor proposes modifying the confirmed plan on file to direct that the Debtor pay $500 each month for the remainder of the plan beginning in October of 2019.
4. The Debtor further proposes modifying the confirmed plan on file to direct that the Debtor may retain any realized state and federal income tax refund received during the plan term.
5. All other provisions of the Plan shall remain as confirmed and not be modified.

WHEREFORE, the Debtor prays the Court approve his proposed Modified Chapter 13 Plan.

                                                                           */s/ Samuel Z. Marks*

                                                                             Samuel Z. Marks

Marks Law Firm, P.C.
4225 University Ave.
Des Moines, IA 50311
(515) 276-7211
Fax:(515) 276-6280
Office@markslawdm.com
ATTORNEY FOR THE DEBTOR

# United States Bankruptcy Court
## Southern District of Iowa

In re **Theodore C Johnson**      Case No. **19-00034**
Debtor(s)      Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 8, 2019**, a copy of **Motion to Modify Plan Post-Confirmation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| **Capital One** |
| **Capitol View Credit** |
| **Ccs Collections** |
| **Credit Bureau Services of Iowa, Inc.** |
| **Elizabeth Ashton** |
| **Franklin American Mortgage Co** |
| **Nissan Motor Acceptance** |

                                               **/s/ Samuel Z. Marks**
                                               **Samuel Z. Marks**
                                               **Marks Law Firm, P.C.**
                                               **4225 University Ave.**
                                               **Des Moines, IA 50311**
                                               **(515) 276-7211Fax:(515) 276-6280**
                                               **Office@markslawdm.com**