**Fill in this information to identify the case:**

Debtor 1: Theodore C Johnson

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Iowa

Case number: 19-00034-lmj13

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CITIZENS BANK NA f/k/a RBS CITIZENS

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 7 7 1 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2020

**New total payment:** $ 1,157.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 407.60     **New escrow payment:** $ 599.96

   *Escrow $473.50 plus $126.46 Shortage

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

| Debtor 1 | Theodore C Johnson | | | Case number (*if known*) 19-00034-lmj13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/ signature___   Date 11/19/2019
Signature

Print: **C. Anthony Crinic**   Title **Attorney for Creditor**
First Name   Middle Name   Last Name

Company: **The Sayer Law Group, P.C.**

Address: **925 E. 4th Street**
Number   Street

**Waterloo, IA 50703**
City   State   ZIP Code

Contact phone **(319) 234-2530**   Email **bankruptcy@sayerlaw.com**

## Citizens One
### Home Loans™

P.O. BOX 6260
GLEN ALLEN, VA 23058-6260

www.citizensone.com

11/15/19

LOAN NO:

THEODORE JOHNSON
721 LEACH AVE
DES MOINES IA 50315-3468

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

#### PRESENT MORTGAGE PAYMENT

Your present payment consists of:  Principal & Interest (P&I)   $557.04
                                   Escrow Deposit                $407.60

**Total Mortgage Payment**                                       **$964.64**

#### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here. To see specific tax & insurance information check our website: www.citizensone.com.

Bills due in the upcoming year:
MORTGAGE INS     $937.80
COUNTY TAX     $2,790.00
TAXES              $0.24
HAZARD INS     $1,954.00

**Total Anticipated Annual Disbursements:**  $5,682.04   **One-Twelfth/Monthly Amount:**  $473.50

#### ACCOUNT HISTORY

The following statement of activity in your escrow account from 02/2019 through 12/2019 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Account Balance | Actual Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance | $2,554.00 | $1,752.16 |
| February | 407.60 |  | 79.84 | * | RBP PREMIUM | 2,881.76 | 1,752.16 |
| February |  |  |  | 79.84 | RBP PREMIUM | 2,881.76 | 1,672.32 |
| February |  |  |  | 1,954.00 * | HAZARD INS | 2,881.76 | 281.68 - |
| March | 407.60 | 394.24 * | 79.84 |  | RBP PREMIUM | 3,209.52 | 112.56 |
| March |  |  | 1,378.00 | 1,378.00 | COUNTY TAX | 1,831.52 | 1,265.44 - |
| March |  |  | 1.00 | * | TAXES | 1,830.52 | 1,265.44 - |
| March |  |  | 1,175.00 |  | HAZARD INS | 655.52 | 1,265.44 - |
| March |  |  |  | 79.84 * | RBP PREMIUM | 655.52 | 1,345.28 - |
| April | 407.60 | 407.60 | 79.84 | 79.84 | RBP PREMIUM | 983.28 | 1,017.52 - |
| May | 407.60 | 407.60 | 79.84 |  | RBP PREMIUM | 1,311.04 | 609.92 |
| May |  |  |  | 78.15 | RBP PREMIUM | 1,311.04 | 688.07 |
| June | 407.60 | 815.20 * | 79.84 |  | RBP PREMIUM | 1,638.80 | 127.13 |
| June |  |  |  | 78.15 | RBP PREMIUM | 1,638.80 | 48.98 |
| July | 407.60 | 407.60 | 79.84 |  | RBP PREMIUM | 1,966.56 | 456.58 |
| July |  |  |  | 78.15 | RBP PREMIUM | 1,966.56 | 378.43 |
| August | 407.60 | 407.60 | 79.84 |  | RBP PREMIUM | 2,294.32 | 786.03 |
| August |  |  |  | 78.15 | RBP PREMIUM | 2,294.32 | 707.88 |
| August |  |  |  | 78.15 | RBP PREMIUM | 2,294.32 | 629.73 |
| September | 407.60 | 407.60 | 79.84 |  | RBP PREMIUM | 2,622.08 | 1,037.33 |

*** CONTINUED ON REVERSE SIDE ***

- PLEASE DETACH HERE -

## Citizens One
### Home Loans™

**SHORTAGE**

Customer Loan Number:

Customer Name:  THEODORE JOHNSON

Shortage Amount:   $1,517.53

If you choose to pay your escrow shortage of $1517.53 in full, your new monthly payment would then be $1,030.54. Please make your check payable to Citizens One. Mail this form along with your check to:

Citizens One Home Loans
Attn: Payment Processing Dept.
P.O. Box 2800
Glen Allen, VA 23058-2800

If you are paying your shortage in full, please include your loan number on your check.

Failure to send your payment promptly to the above address will delay the adjustment of your payment.

## ** CONTINUATION **

| Month | Anticipated To Escrow | Anticipated From Escrow | | | Description | Amount | Amount |
|---|---|---|---|---|---|---|---|
| September | | | 1,378.00 | | * COUNTY TAX | 1,244.08 | 1,037.33 |
| September | | | 1.00 | | * TAXES | 1,243.08 | 1,037.33 |
| September | | | | 1,395.00 | * COUNTY TAX | 1,243.08 | 357.67 |
| October | 407.60 | 407.60 | 79.84 | | * RBP PREMIUM | 1,570.84 | 49.93 |
| October | | | | 78.15 | * RBP PREMIUM | 1,570.84 | 28.22 |
| November | 407.60 | 1,213.16 E | 79.84 | | E RBP PREMIUM | 1,898.60 | 1,184.94 |
| November | | | | 78.15 | * RBP PREMIUM | 1,898.60 | 1,106.79 |
| December | 407.60 | 407.60 E | 79.84 | 78.15 | E RBP PREMIUM | 2,226.36 | 1,436.24 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. An asterisk could indicate an insurance refund, a tax refund or no (or more than one) Escrow deposit credited during the month. The letter E beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.
Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $4,891.08. Under Federal Law, your lowest monthly balance should not have exceeded $655.52, or 1/6th of total anticipated payments from the account, unless your mortgage contract or State law specifies a lower amount.

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from 01/2020 through 12/2020 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State Law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,436.24 | $2,953.77 |
| January | 473.50 | 78.15 | RBP PREMIUM | 1,831.59 | 3,349.12 |
| February | 473.50 | 78.15 | RBP PREMIUM | 2,226.94 | 3,744.47 |
| March | 473.50 | 78.15 | RBP PREMIUM | 2,622.29 | 4,139.82 |
| March | | 1,395.00 | COUNTY TAX | 1,227.29 | 2,744.82 |
| March | | 0.12 | TAXES | 1,227.17 | 2,744.70 |
| March | | 1,954.00 | HAZARD INS | 726.83 | 790.70 |
| April | 473.50 | 78.15 | RBP PREMIUM | 331.48 | 1,186.05 |
| May | 473.50 | 78.15 | RBP PREMIUM | 63.87 | 1,581.40 |
| June | 473.50 | 78.15 | RBP PREMIUM | 459.22 | 1,976.75 |
| July | 473.50 | 78.15 | RBP PREMIUM | 854.57 | 2,372.10 |
| August | 473.50 | 78.15 | RBP PREMIUM | 1,249.92 | 2,767.45 |
| September | 473.50 | 78.15 | RBP PREMIUM | 1,645.27 | 3,162.80 |
| September | | 1,395.00 | COUNTY TAX | 250.27 | 1,767.80 |
| September | | 0.12 | TAXES | 250.15 | 1,767.68 |
| October | 473.50 | 78.15 | RBP PREMIUM | 645.50 | 2,163.03 |
| November | 473.50 | 78.15 | RBP PREMIUM | 1,040.85 | 2,558.38 |
| December | 473.50 | 78.15 | RBP PREMIUM | 1,436.20 | 2,953.73 |

**Your projected Escrow Account Balance as of 12/31/19 is $1,436.24. Your Required Beginning Escrow Balance according to this analysis should be $2,953.77.**
This means you have a Shortage of $1,517.53. Per Federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit. If so, we may require payment within 30 days. We will collect the shortage over 12 months.
If you choose to pay your escrow shortage/deficiency of $1,517.53 in full, your new monthly payment would then be $1,030.54. Please use the attached coupon below (reverse side) if you choose this option.

## NEW MORTGAGE PAYMENT

Your new payment consists of:
| | | |
|---|---|---|
| | Principal & Interest (P&I) | $557.04 |
| | Escrow Deposit | $473.50 |
| | Deficiency/Shortage/Surplus | $126.46 |

**New Mortgage Payment  Beginning   01/01/20   $1,157.00**

Our website, www.citizensone.com may provide additional information not displayed here.
If you have additional questions about this Escrow Analysis, please call our Customer Service Department toll-free at 1-800-234-6002

This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. If you are subject to a pending bankruptcy proceeding, or if you have received a discharge, this communication is for information purposes only. It is to advise you of the status of the loan and is not an attempt to collect a debt.

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Mortgage Payment change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date: 11/19/2019

Theodore C Johnson
721 Leach Ave.
Des Moines, IA 50315

Samuel Z Marks
4225 University Ave.
Des Moines, IA 50311

Carol Dunbar
Bankruptcy Trustee
531 Commercial St., Ste. 500
Waterloo, IA 50701

Deanna R Bachman
505 5th Ave., Ste. 406
Des Moines, IA 50309

US Trustee
Federal Bldg., Room 793
210 Walnut Street
Des Moines, IA 50309

/s/ Christine Sherwood
Christine Sherwood